JUDGE JENKINS
MAGISTRATE JUDGE JANTZ

FILED
11/1/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG    23-CR-00587

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:   23 CR _____ |
| v. | Violation: Title 26, United States Code, Section 7206(2) |
| VERVIA WATTS | **INFORMATION** |

The UNITED STATES charges:

## COUNT ONE

On or about February 19, 2022, in the Northern District of Illinois and elsewhere, Defendant VERVIA WATTS willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040 for Client 1 for calendar year 2021, which was false and fraudulent as to a material matter. That tax return reported that Client 1 was entitled to a $1,000 American Opportunity Credit for education expenses and a $5,980 Earned Income Credit, whereas, as Defendant knew, Client 1 was not entitled to claim either tax credit.

In violation of Title 26, United States Code, Section 7206(2).

_____

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

MEREDITH M. HAVEKOST, Trial Attorney
REGINA JEON, Trial Attorney
U.S. Department of Justice, Tax Division